People v Brown (2025 NY Slip Op 05358)

People v Brown

2025 NY Slip Op 05358

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

637 KA 20-00461

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JESSE BROWN, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

ADAM AMIRAULT, BUFFALO, FOR DEFENDANT-APPELLANT.
TODD C. CARVILLE, DISTRICT ATTORNEY, UTICA (MICHAEL A. LABELLA OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered January 15, 2020. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree (two counts). 
Now, upon reading and filing the stipulation of discontinuance signed by defendant on May 28, 2025, and the attorneys for the parties on May 14 and June 10, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court